No. 90–8214. WATSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–8216. REYNOLDS-MARSHALL v. HALLUM. Sup. Jud. Ct. Me. Certiorari denied.

No. 90–8217. WELSH v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 90–8218. SOTOLONGO v. PROSPECT INDUSTRIES ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–8220. WALKER v. DEROSALIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–8222. COLBERT v. UNITED STATES (two cases). C. A. 3d Cir. Certiorari denied.

No. 90–8223. D'SOUZA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–8224. TAPIA v. SUPERINTENDENT, OSSINING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 90–8226. JONES v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 90–8228. DOWNS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–8232. DEAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–8234. WRIGHT v. NIX, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–8235. REDD v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–8236. EDMOND v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–8237. ROWLAND v. UNITED STATES. C. A. 11th Cir. Certiorari denied.